JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINPREET SINGH, | ) Case No. 5:26-cv-00544-FWS-KS |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| | ) |
| KRISTI NOEM, Secretary of the | ) |
| United States Department of | ) |
| Homeland Security, acting in official | ) |
| capacity, et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

Pursuant to the court's Order Rejecting the Findings and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the Petition in the above-captioned case is **DENIED AS MOOT**, and therefore this case is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 11, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE